IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

JEREMY REIHON DAWSON                                                                    PETITIONER

V.                                                              CIVIL ACTION NO. 5:23-CV-87-KS-BWR

JOHN DOE                                                                                RESPONDENT

## FINAL JUDGMENT

For the reasons stated in the Order of Dismissal entered this date, this case is dismissed without prejudice.

SO ORDERED, this the 14th day of February 2024.

/s/Keith Starrett
UNITED STATES DISTRICT JUDGE